# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

vs.                                          CASE NO. 8:11-CR-572-T-17-MAP

OMAR BELALCAZAR GARCIA
NIBSON FERNEY MANDINGA CAMPAZ
ALCIVIADES PALACIO MACHADO
WOOTER BASTIAAN VAN COMMEL DUYZINGS

                                              /

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause is before the Court on the report and recommendation R&R issued by Magistrate Mark A. Pizzo, on April 20, 2012 (Docket No. 66). The magistrate judge recommends that the Court deny the defendants' motion to dismiss (Docket No. 45).

Pursuant to Rule 6.02, Rules of the United States District Court for the Middle District of Florida, the parties had ten (10) days after service to file written objections to the proposed findings and recommendations, or be barred from attacking the factual findings on appeal. **Nettles v. Wainwright**, 677 F.2d 404 (5th Cir. 1982) (en banc). To date no objections have been filed.

## STANDARD OF REVIEW

When a party makes a timely and specific objection to a finding of fact in the report and recommendation, the district court should make a de novo review of the record with respect to that factual issue. 28 U.S.C. § 636(b)(1); **U.S. v. Raddatz**, 447 U.S. 667 (1980); **Jeffrey S. v. State Board of Education of State of Georgia**, 896 f.2d 507 (11th Cir. 1990). However, when no timely and specific objections are filed, case law indicates that the court

CASE NO. 8:05-CR-336-T-17-MSS

should review the findings using a clearly erroneous standard.  **Gropp v. United Airlines, Inc.,** 817 F.Supp. 1558, 1562 (M.D. Fla. 1993).

The Court has reviewed the report and recommendation and made an independent review of the record.  Upon due consideration, the Court concurs with the report and recommendation as follows. Accordingly, it is

**ORDERED** that the report and recommendation, dated April 30, 2012, be **adopted** and **incorporated by reference and** the defendants' motion to dismiss (Docket No. 45) be **denied**.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 24th day of May, 2012.



Copies to:
All parties and counsel of record
Assigned Magistrate Judge